AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THIRD CHURCH OF CHRIST, SCIENTIST,
WASHINGTON, D.C.
900 16TH STREET NW
WASHINGTON, DC 20006

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA HISTORIC PRESERVATON REVIEW BOARD
801 NORTH CAPITOL STREET NE, WASHINGTON, DC 20002

THE DISTRICT OF COLUMBIA
1350 PENNSYLVANIA AVE NW, ROOM 310
WASHINGTON, DC 20004

CASE NU

Case: 1:08-cv-01371
Assigned To : Robertson, James
Assign. Date : 8/7/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

DISTRICT OF COLUMBIA HISTORIC PRESERVATON
REVIEW BOARD
801 NORTH CAPITOL STREET NE
WASHINGTON, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roman P. Storzer (D.C. Bar 459878)
STORZER & GREENE, P.L.L.C.
1025 Connecticut Avenue, Northwest
Suite One Thousand
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_____
(By) DEPUTY CLERK

AUG - 7 2008

DATE

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| Third Church of Christ, Scientist, Washington, DC<br><br>　　Plaintiff<br><br>vs.<br><br>District of Columbia Historic Preservation Review Board<br><br>　　Defendant | Attorney:<br><br>Storzer & Greene, P.L.L.C.<br>Roman Storzer<br>1025 Connecticut Ave., NW, Suite 1000<br>Washington, DC. 20036 |

**Case Number:** 1:08-cv-01371

Legal documents received by Same Day Process Service on **August 08th, 2008 at 10:55 AM** to be served upon **District of Columbia Historic Preservation Review Board at 801 North Capitol St., NE, Washington, DC. 20002**

I, Mark E. Rougeux, swear and affirm that on **August 08th, 2008 at 11:52 AM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Initial Electronic Case Filing Order; Summons in a Civil Case; Complaint for Injunctive and Declaratory Relief and Nominal Damages; and Demand for Jury Trial; Summons; Complaint** to **Stephen Callcott** as Authorized Agent of **District of Columbia Historic Preservation Review Board**.

**Description of Person Accepting Service:**
Sex: Male   Age: 35   Height: 6'3   Weight: 190   Skin Color: White   Hair Color: Brown   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Mark E. Rougeux
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000011764

District of Columbia: SS
Subscribed and Sworn to before me,
this _12_ day of _AUGUST, 2008_

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THIRD CHURCH OF CHRIST, SCIENTIST,
WASHINGTON, D.C.
900 16TH STREET NW
WASHINGTON, DC 20006

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA HISTORIC PRESERVATON REVIEW BOARD
801 NORTH CAPITOL STREET NE, WASHINGTON, DC 20002

THE DISTRICT OF COLUMBIA
1350 PENNSYLVANIA AVE NW, ROOM 310
WASHINGTON, DC 20004

CASE

Case: 1:08-cv-01371
Assigned To : Robertson, James
Assign. Date : 8/7/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

THE DISTRICT OF COLUMBIA,
1350 PENNSYLVANIA AVENUE NW
ROOM 310
WASHINGTON DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roman P. Storzer (D.C. Bar 459878)
STORZER & GREENE, P.L.L.C.
1025 Connecticut Avenue, Northwest
Suite One Thousand
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG - 7 2008
CLERK                                          DATE

(By) DEPUTY CLERK

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Third Church of Christ, Scientist, Washington, DC** | Attorney: |
| Plaintiff | Storzer & Greene, P.L.L.C. |
| vs. | Roman Storzer |
|  | 1025 Connecticut Ave., NW, Suite 1000 |
|  | Washington, DC. 20036 |
| **District of Columbia Historic Preservation Review Board** |  |
| Defendant |  |

**Case Number:** 1:08-cv-01371

Legal documents received by Same Day Process Service on August 08th, 2008 at 10:55 AM to be served upon **The District of Columbia at 1350 Pennsylvania Ave., NW, Washington, DC. 20004**

I, Brandon A. Snesko, swear and affirm that on **August 08th, 2008 at 2:25 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Initial Electronic Case Filing Order; Summons in a Civil Case; Complaint for Injunctive and Declaratory Relief and Nominal Damages; and Demand for Jury Trial; Summons; Complaint**, to **Tabatha Braxton** as **Authorized Agent** of the within named agency, to wit: **The District of Columbia** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 35   Height: 5'4   Weight: 150   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000011763

District of Columbia: SS
Subscribed and Sworn to before me,
this _8_ day of August, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.