UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Third Church of Christ, Scientist**<br>Washington, D.C.<br>900 16th Street NW<br>Washington, DC 20006<br><br>    Plaintiff,<br><br>    v.<br><br>**District of Columbia Historic Preservation Review Board**<br>801 North Capitol Street NE<br>Washington, DC 20002<br><br>**and the District of Columbia**<br>1350 Pennsylvania Ave NW, Room 310<br>Washington, DC 20006<br><br>    Defendants. | Civil Action No. 08-01371 (JR) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER
OR OTHER RESPONSIVE PLEADING**

Pursuant to Fed. R. Civ. P. 6(b), the defendants District of Columbia, District of Columbia Historic Preservation Review Board, hereby move for a brief enlargement of time to file a responsive pleading, up to and including September 28, 2008, and as grounds therefore state as follows:

1. On or about August 7, 2008, the plaintiff filed a seventy eight (78) paragraphed complaint lawsuit against the District of Columbia Historic Preservation Review Board and the District of Columbia. The complaint alleges that the defendants violated the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"),

the Religious Freedom Restoration Act ("RFRA"), and the First Amendment. *See* Complaint, generally. The plaintiff requests declaratory relief.

    2.    A response to the Complaint is due on or about August 28, 2008.

    3.    Defendant's counsel needs additional time to consult with her clients to obtain information responsive to the plaintiff's allegations in the complaint, and to fully address the legal issues raised by plaintiff in the lawsuit. Defendant's counsel is preparing for briefing and oral argument in major class action litigation, has an upcoming court ordered discovery deadline involving over thirty five District agencies, and has other calendared deadlines that necessitate an extension of time to file an appropriate response to plaintiff's complaint. The defendants respectfully request that this Court extend the time to file its response to plaintiff's complaint, approximately thirty days, to September 28, 2008.

    4.    Fed. R. Civ. P. 6(b) provides that,

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by previous order…."

    5.    This request is being made prior to the expiration of the prescribed period, and is for cause shown.

    6.    Plaintiff consents to the defendants' request for an extension of time, but also requests an extension of time to response to any motion the defendants may file, which the defendants consent to in advance. Therefore, no party will be unduly prejudiced should the Court grant the requested relief.

For all the above-stated reasons, additional time up to and including September 28, 2008, is requested to file an answer or responsive pleading to plaintiff's complaint. A memorandum of points and authorities in support of this motion is hereto attached.

>Respectfully submitted,
>
>PETER J. NICKLES
>Acting Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General, Civil Litigation Division
>
>    /s/   Ellen Efros
>ELLEN EFROS [250746]
>Assistant Deputy Attorney General/Chief of Equity I, Civil Litigation Division
>
>  /s/    Leah Taylor
>LEAH BROWNLEE TAYLOR [488966]
>Assistant Attorney General
>441 4th Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>(202) 724-7854; (202) 727-6295

## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on August 22, 2008, the undersigned counsel contacted the plaintiff's counsel and he consented to the relief sought in this motion. .

>_____/s/_____
> LEAH BROWNLEE TAYLOR [488966]
> Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Third Church of Christ, Scientist** )<br>**Washington, D.C.** )<br>**900 16th Street NW** )<br>**Washington, DC 20006** )<br>)<br>   **Plaintiff,** )<br>)<br>   v. )<br>)<br>**District of Columbia Historic** )<br>**Preservation** )<br>**Review Board** )<br>**801 North Capitol Street NE** )<br>**Washington, DC 20002** )<br>)<br>**and the District of Columbia** )<br>**1350 Pennsylvania Ave NW, Room 310** )<br>**Washington, DC 20006** )<br>)<br>   **Defendants.** )<br>) | Civil Action No. 08-01371 (JR) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

In support of their Motion for Enlargement of Time to File Answer or Other Responsive Pleading, the defendants rely upon the following authorities:

1.  Inherent Power of the Court.

2.  Fed. R. Civ. P. 6(b)(1).

3.  Plaintiff's consent.

4.  The record herein.

              Respectfully submitted,

4

        PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/   Ellen Efros
ELLEN EFROS [250746]
Assistant Deputy Attorney General/Chief of Equity I, Civil Litigation Division

 /s/   Leah Taylor
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Third Church of Christ, Scientist** )<br>**Washington, D.C.** )<br>**900 16th Street NW** )<br>**Washington, DC 20006** )<br>)<br>   **Plaintiff,** )<br>)<br>   v. )<br>) | Civil Action No. 08-01371 (JR) |
| **District of Columbia Historic** )<br>**Preservation** )<br>**Review Board** )<br>**801 North Capitol Street NE** )<br>**Washington, DC 20002** )<br>)<br>**and the District of Columbia** )<br>**1350 Pennsylvania Ave NW, Room 310** )<br>**Washington, DC 20006** )<br>)<br>   **Defendants.** )<br>) | |

## ORDER

  Upon consideration of the Consent Motion for Enlargement of Time to File an Answer or Other Responsive Pleading, the Memorandum of Points and Authorities filed in support thereof, plaintiff's response thereto, if any, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2008,

  ORDERED:  That the motion shall be and the same is hereby granted; and it is,

FURTHER ORDERED: That defendants' time to file an answer or other responsive pleading is extended up to and including September 28, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA